UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL RUFFIN,

    Plaintiff,

v.     Case No. 3:16cv290/LC/CJK

M. POUPARINAS, et al.,

    Defendants.
_____/

ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated July 8, 2016 (doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing *de novo* the objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

2. This action is DISMISSED without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of July, 2016.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**